# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON
# EUGENE DIVISION

| | |
|---|---|
| CHRISTINA ESQUIVEL, individually and on behalf of all others similarly situated, | **CLASS ACTION** |
| *Plaintiff*, | **Case No. 6:20-cv-00605-AA** |
| vs. | |
| SMS VENTURES, LLC D/B/A HOMEGROWN OREGON, | |
| *Defendant*. _____/ | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff, Christina Esquivel, and Defendant, SMS Ventures, LLC d/b/a Homegrown Oregon, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), do hereby stipulate to the dismissal of this action as follows:

1. All claims of the Plaintiff, Christina Esquivel, individually, are hereby dismissed with prejudice, with each party to bear their own fees and costs.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: June 30, 2021

Respectfully Submitted,

| | |
|---|---|
| **Shamis & Gentile, P.A.** | By: /s/ Allison Bizzano |
| /s/ Andrew J. Shamis | Allison C. Bizzano |
| Andrew J. Shamis, Esq. (pro hac vice) | OSB 052014 |
| Florida Bar No. 101754 | Allison@lotuslawgroup.com |
| ashamis@shamisgentile.com | **Lotus Law Group, LLC** |
| 14 NE 1st Avenue, Suite 705 | 5200 S Macadam Ave., Ste. 500 |
| Miami, FL 33132 | Portland, OR 97239 |
| Telephone: 305-479-2299 | Telephone: 503-606-8930 |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

                               **SHAMIS & GENTILE, P.A.**
                               14 NE 1st Ave., Suite 705
                               Miami, FL 33132
                               Telephone (305) 479-2299
                               Facsimile (786) 623-0915
                               Email: efilings@sflinjuryattorneys.com

         By:      */s/ Andrew J. Shamis*
                      Andrew J. Shamis, Esq.
                      Florida Bar # 101754

                *Attorneys for Plaintiff*