IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CHRISTINE ESQUIVEL, *individually and on behalf of all others similarly situated*,

    Plaintiff,

    v.

SMS VENTURES, LLC D/B/A HOMEGROWN OREGON,

    Defendant.

Civ. No. 6:20-cv-00605-AA

**JUDGMENT**

AIKEN, Judge:

    Pursuant to the Joint Stipulation of Dismissal, all claims of the Plaintiff, Christina Esquivel, individually, are hereby dismissed with prejudice, with each party to bear their own fees and costs. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

IT IS SO ORDERED.

    DATED this 20th day of July, 2021.

                                              /s/Ann Aiken
                                              Ann Aiken
                                        United States District Judge

1 –JUDGMENT